1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    ROSADA CASTANEDA,

9              Plaintiff,                          No. C 14-05515 JSW

10      v.

11   CAROLYN W. COLVIN, Commissioner of     **ORDER DIRECTING PLAINTIFF**
     Social Security,                       **TO INFORM COURT**
12                                           **REGARDING CONSENT TO**
               Defendant.                    **MAGISTRATE JUDGE FOR ALL**
13   _____/       **PURPOSES**

14

15         In cases initially assigned to a district judge, the parties may consent at any time to

16   reassignment of the case to a magistrate judge for all purposes, including entry of final

17   judgment. *See* Civil L.R. 73-1(b). The Court has received notice of such consent from

18   Defendant. Accordingly, Plaintiff is hereby DIRECTED to advise the Court, no later than

19   February 6, 2015, as to whether she consents to have a magistrate judge conduct all further

20   proceedings in the instant action. For the parties' convenience, consent forms are available at

21   http://www.cand.uscourts.gov, in the "Forms" section.[1] The parties are further advised that they

22   may jointly request assignment to a specific magistrate judge.

23         **IT IS SO ORDERED.**

24
     Dated: January 21, 2015                     _____
25                                               JEFFREY S. WHITE
26                                               UNITED STATES DISTRICT JUDGE

27

28
     _____
           [1] Normally, the Court would direct the parties to so inform the Court in their joint
     case management statement filed in connection with a case management conference.
     Because the instant action involves a review of an administrative record, however, a case
     management conference has not been scheduled.

United States District Court
For the Northern District of California