```
MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, SBN PA 307531
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (415) 977-8931
       Facsimile: (415) 744-0134
       E-Mail: Chantal.Jenkins@ssa.gov
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANA CASTANEDA, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 4:14-cv-05515-JSW <br><br> STIPULATION & ~~PROPOSED~~ ORDER FOR A 14-DAY EXTENSION FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's motion for summary judgment. The current due date is September 1, 2015. The new due date will be September 15, 2015.

Defendant respectfully requests this additional time because Defendant's counsel is managing a heavy caseload. Defendant's counsel is currently responsible for managing and briefing forty-three other matters pending before the District Courts. Counsel is also in the process of completing a ninth circuit appellate brief, which must be reviewed by the Office of General Counsel and the United States

Stipulation and ~~Proposed~~ Order for an Extension of Time; 4:14-cv-05515-JSW

Department of Justice (DOJ). In addition, counsel is representing the agency in a federal employment discrimination case and is in the process of gathering and serving documents for discovery.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 28, 2015

/s/ *Barbara Mann by Chantal R. Jenkins*\*
As authorized via email on August 28, 2015
Barbara Mann
Attorney for Plaintiff

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

Dated: August 28, 2015

/s/ *Chantal R. Jenkins*
Chantal R. Jenkins
Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2015

HON. JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE

Stipulation and ~~Proposed~~ Order for an Extension of Time; 4:14-cv-05515-JSW